# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DELOIS J. JONES
PO BOX 882
ROCKFORD, IL  61105

SSN-xxx-xx-7405

Case Number: 04-74129

Case filed on: 8/17/2004
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $16,722.45          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 014 | BUTLER, BUTLER AND ROWSE-OBERLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DAWN HALLSTEN | 500.00 | 500.00 | 500.00 | 0.00 |
|  | Total Priority | 500.00 | 500.00 | 500.00 | 0.00 |
| 999 | DELOIS J. JONES | 0.00 | 0.00 | 344.45 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 344.45 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 2,294.68 | 237.15 | 237.15 | 0.00 |
| 002 | PARTNERS CREDIT UNION | 10,050.00 | 10,050.00 | 10,050.00 | 1,706.39 |
| 013 | COUNTRYWIDE HOME LOANS | 150.00 | 35.00 | 35.00 | 0.00 |
|  | Total Secured | 12,494.68 | 10,322.15 | 10,322.15 | 1,706.39 |
| 002 | PARTNERS CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COTTONWOOD FINANCIAL | 649.29 | 649.29 | 47.31 | 0.00 |
| 007 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 864.04 | 864.04 | 70.75 | 0.00 |
| 010 | OWEN PLUMBING & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PARTNERS CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SPRINT NEXTEL-DISTRIBUTIONS | 1,500.39 | 1,500.39 | 114.98 | 0.00 |
| 015 | PARDA FEDERAL CREDIT UNION | 16,071.78 | 6,021.78 | 712.05 | 0.00 |
| 016 | PARDA FEDERAL CREDIT UNION | 1,000.00 | 1,000.00 | 81.89 | 0.00 |
| 017 | PARDA FEDERAL CREDIT UNION | 3,909.85 | 3,909.85 | 320.15 | 0.00 |
| 018 | SBC MIDWEST | 606.38 | 606.38 | 44.18 | 0.00 |
|  | Total Unsecured | 24,601.73 | 14,551.73 | 1,391.31 | 0.00 |
|  | Grand Total: | 38,960.41 | 26,737.88 | 13,921.91 | 1,706.39 |

Total Paid Claimant:     $15,628.30
Trustee Allowance:       $1,094.15
Percent Paid Unsecured:      9.56

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan